IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02022-RBJ-MEH

CORY ROTH,

      Plaintiff,

v.

EASYSTREETSPORTS.COM,
THERX.COM, a/k/a THERXFORUM.COM,
MARTY JANSEN,
MR. ALEX POWERS, and
WILHEIM DOE (family name unknown),

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 21, 2011.**

      Plaintiff's Motion to Vacate Scheduling Order and Convert to Status Conference [filed October 20, 2011; docket #9] is **granted in part and denied in part**. The Scheduling Conference currently set for October 24, 2011 is **vacated**. The Court will hold a Status Conference concerning service of process in this case on **Friday, October 28, 2011 at 9:30 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. Absent exceptional circumstances, no request for rescheduling will be entertained unless made **five business days prior** to the date of the conference.

      The plaintiff shall notify all parties who have not entered an appearance of the date and time of the Status Conference.

      Lawyers whose offices are located outside of the Denver metropolitan area may appear at the Status Conference by telephone. Please call my Chambers at (303) 844-4507 at the appointed time.

      Otherwise, please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. *See* D.C. Colo. LCivR 83.2B.