IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.**   11-cv-02022-RBJ-MEH | **FTR – Courtroom A501** |
| **Date:**   October 28, 2011 | Cathy Coomes, Courtroom Deputy |

CORY ROTH,                                                                Warren Markowitz

      Plaintiff,

v.

EASYSTREETSPORTS.COM,                                    (No appearance)
THERX.COM,
MARTY JANSEN,
ALEX POWERS, and
WILHEIM DOE,

      Defendants.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**TELEPHONIC STATUS CONFERENCE**

**Court in session:**      9:34 a.m.

The Court calls case.  Appearance of counsel by telephone.

Discussion regarding service on Defendants and the status of the case.  Plaintiff will be seeking a Clerk's Entry of Default.

The Court will not set any further hearings in this case at this time.

**Court in recess:**      9:41 a.m.        (Hearing concluded)
Total time in court:      0:07