IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-CV-02022-RBJ-MEH

CORY ROTH,

     Plaintiff,

v.

EASYSTREETSPORTS.COM; THERX.COM
aka THE RXFORUM.COM; MARTY JANSEN; MR.
ALEX POWERS; WILHEIM DOE (FAMILY NAME
DOE

     Defendants.

---

## ORDER

---

     On November 22, 2011 the Court issued an order to show cause by December 5, 2011 as to why the plaintiff has not failed to serve the defendants properly and why the case should not be dismissed for lack of subject matter and personal jurisdiction.  Plaintiff did not file a response. Accordingly, this case is dismissed without prejudice for failure to prosecute and noncompliance with a court order.

     DATED this 6th day of December, 2011.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge